UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLAN ERIC BERGLUND, | AT LAW & IN ADMIRALTY |
| Plaintiff, | Case No.: C17-360 RSM |
| v. | |
| RSD (OC PERMIT) LLC, a Washington Limited Liability Company, d/b/a RSD FISHERIES, LLC, a Washington Limited Liability Company, | ORDER TO CONTINUE TRIAL DATE |
| Defendants. | |

THIS MATTER, having come on duly and regularly for hearing before the undersigned Judge of the above-entitled Court on plaintiff's Motion for Trial Continuance, and the Court having reviewed the records and files herein and being otherwise fully advised in this matter, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's Motion for a trial continuance is GRANTED. Trial in this matter is now continued from June 18, 2018, and is now set for December 10, 2018, with all remaining deadlines, beginning with the discovery motions deadline, to be furnished by the Court.

///

**ORDER TO CONTINUE TRIAL DATE** -1
Case No.: 2:17-cv-00360 RSM

**LAW OFFICE OF DENNIS P. MURPHY, LLC**
203 W. HOLLY STREET, SUITE 302 – P.O. BOX 1826
BELLINGHAM, WASHINGTON 98227-1826
(360) 671-7900 - FAX (360) 671-7920

1  DATED this 26th day of January 2018.

        *[signature]*
        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICE OF DENNIS P. MURPHY

By _____/s/ Dennis P. Murphy_____
     DENNIS P. MURPHY, WSBA #18645

WILLIAM G. KNUDSEN

By _____/s/ William G. Knudsen_____
     WILLIAM G. KNUDSEN, WSBA #6064
     Attorneys for Plaintiff

HOLMES, WEDDLE & BARCOTT

By _____/s/ Michael A. Barcott_____
     MICHAEL A. BARCOTT, WSBA #13317
     Attorney for Defendants

**ORDER TO CONTINUE TRIAL DATE** -2
Case No.: 2:17-cv-00360 RSM

**LAW OFFICE OF DENNIS P. MURPHY, LLC**
203 W. HOLLY STREET, SUITE 302 – P.O. BOX 1826
BELLINGHAM, WASHINGTON  98227-1826
(360) 671-7900  -  FAX (360) 671-7920