UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARLAN ERIC BERGLUND,<br><br>                            Plaintiff,<br><br>    v.<br><br>RSD (OC PERMIT) LLC, a Washington limited liability company d/b/a RSD FISHERIES, LLC., a Washington limited liability company,<br><br>                            Defendants. | **IN ADMIRALTY**<br><br>Case No. 2:17-cv-00360-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE |

THIS MATTER comes before the Court on Defendant's unopposed motion to extend the deadline for expert witness disclosures. Dkt. #15. Having reviewed the motion, the Court finds good cause to extend the deadline. Accordingly, the Court hereby ORDERS that the disclosure of expert testimony under FRCP 26(a)(2) shall be made on or before July 16, 2018.

DATED this 5 day of June, 2018.

                                                               RICARDO S. MARTINEZ
                                                               CHIEF UNITED STATES DISTRICT JUDGE