UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARLAN ERIC BERGLUND,

                 Plaintiff,

     v.

RSD (OC PERMIT) LLC, a Washington limited liability company d/b/a RSD FISHERIES, LLC., a Washington limited liability company,

                Defendants.

**IN ADMIRALTY**

Case No. 2:17-cv-00360-RSM

STIPULATION FOR ORDER OF DISMISSAL AND ORDER DISMISSING THE CASE

## **STIPULATION FOR ORDER OF DISMISSAL**

COME NOW the parties in this action, by and through their attorneys, agree and hereby stipulate that all claims in this matter have been fully resolved, and that this matter shall be dismissed with prejudice, and without costs or fees to any party.

DATED this 5th day of November, 2018.

/s/Michael A. Barcott
Michael A. Barcott, WSBA No. 13317
Attorney for Defendant

/s/William Knudsen (email authority)
William G. Knudsen, WSBA No. 6064
Dennis Murphy, WSBA No. 18645
Attorneys for Plaintiff

STIPULATION FOR ORDER OF DISMISSAL AND
ORDER DISMISSING THE CASE - 1
Case No. 2:17-cv-00360-RSM

## ORDER DISMISSING THE CASE

Based on the foregoing stipulation of the parties, it is hereby ORDERED that this case shall be and hereby is dismissed with prejudice and without costs to any party.

DATED this 14 day of November, 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

HOLMES WEDDLE & BARCOTT, P.C.


*/s/Michael A. Barcott*
Michael A. Barcott, WSBA No. 13317
Attorneys for Defendant

STIPULATION FOR ORDER OF DISMISSAL AND
ORDER DISMISSING THE CASE - 2
Case No. 2:17-cv-00360-RSM